| # | Name/Info | Created/Modified | User ID/Profile | | | |
|---|---|---|---|---|---|---|
| 989 | Name: Kylie<br>Interaction Statuses:<br>Following<br>Source: Instagram<br>Account: 4022479222 | | User ID:<br>Username kylie_carter<br>User ID 12281817<br><br>Profile Picture:<br>Photo Url https://scontent-dfw5-1.cdninstagram.com/v/t51.2885-19/s150x150/97583101_5324442 97451866_4924448281 40621004 8_n.jpg?_nc_ht=scontent-dfw5-1.cdninstagram.com&_nc_ohc=Z7 nLF2_ZQR4AX-JATG-&oh=8975bcf025b7699385401b6 a8c58ab33&oe=5FB57798 | | | |
| 990 | Name: L<br>Group: friends<br>Source: Snapchat | | User ID:<br>Username rdzart15 | | | |
| 991 | Name: La Cris | Created:<br>10/7/2020 4:52:17 PM(UTC-5)<br><br>Modified:<br>10/7/2020 4:52:17 PM(UTC-5) | User ID:<br>User ID 35FCF52D-0B2D-4E11-A6B4-98A4E056D6C2<br><br>Phone:<br>Mobile 9562121091 | | | |
| 992 | Name: LA Models<br>Interaction Statuses:<br>Following<br>Source: Instagram<br>Account: 4022479222 | | User ID:<br>Username lamodels<br>User ID 179988703<br><br>Profile Picture:<br>Photo Url https://scontent-dfw5-1.cdninstagram.com/v/t51.2885-19/s150x150/15337058_1062527 53201514_7168888870493224960_a.jpg?_nc_ht=scontent-dfw5-1.cdninstagram.com&_nc_ohc=3 M5_-ctIDYAX_5xj9B&oh=098878049f3 c45895c73e80ab81eecc2&oe=5F B827B7 | | | |
| 993 | Name: Lalo :D<br>Interaction Statuses:<br>Blocked | Created:<br>10/7/2020 4:52:04 PM(UTC-5)<br><br>Modified:<br>10/7/2020 4:52:05 PM(UTC-5) | User ID:<br>User ID D2766C15-4DA8-4D2C-AB84-3EADE7DD7FB7<br><br>Phone:<br>Home 9569007914 | | | |
| 994 | Name: Lampeez<br>Interaction Statuses:<br>Following<br>Source: Instagram<br>Account: 4022479222 | | User ID:<br>Username lampeez<br>User ID 3919779229<br><br>Profile Picture:<br>Photo Url https://scontent-dfw5-1.cdninstagram.com/v/t51.2885-19/s150x150/25017876_1448562 46172013_24557161335257825 28_n.jpg?_nc_ht=scontent-dfw5-1.cdninstagram.com&_nc_ohc=R goA-TYdGv0AX8WqsQ-&oh=206c71060c70c49732c9e52 5ea1302e9&oe=5FB55560 | | | |
| 995 | Name: Laudan<br>Group: friends<br>Source: Snapchat | | User ID:<br>Username laudanmoaven | | | |
| 996 | Name: Laura<br>Group: friends<br>Source: Snapchat | | User ID:<br>Username lolajr5220 | | | |
| 997 | Name: Lauren A. Trevino<br>Group: friends<br>Source: Snapchat | | User ID:<br>Username laurrrrren22 | | | |
| 998 | Name: Lauryn | Created:<br>10/7/2020 4:52:06 PM(UTC-5)<br><br>Modified:<br>10/7/2020 4:52:06 PM(UTC-5) | User ID:<br>User ID 794B57BA-A4BF-42CA-84D2-9EB3F005E0EF<br><br>Phone:<br>Mobile (956) 566-3150 | | | |
| 999 | Name: Legalize Marijuana<br>Interaction Statuses:<br>Following<br>Source: Instagram<br>Account: 4022479222 | | User ID:<br>Username marijuana<br>User ID 13413006<br><br>Profile Picture:<br>Photo Url https://scontent-dfw5-1.cdninstagram.com/v/t51.2885-19/s150x150/29417841_6178357 18562746_2361324894232248320_n.jpg?_nc_ht=scontent-dfw5-1.cdninstagram.com&_nc_ohc=Fl 5KRQQ6yCEAX9C02L5&oh=5a1 55997dd901d12ae1eecbe3dea53 da&oe=5FB72852 | | | |
| 1000 | Name: Lei'Mani<br>Group: friends<br>Source: Snapchat | | User ID:<br>Username celiastayup760 | | | |


| # | Date/Time | Browser | Search | | Result | | |
|---|---|---|---|---|---|---|---|
| 405 | 10/6/2020 6:45:30 PM(UTC-5) | Safari | fake vs real weed ca | | Unknown | | |
| 406 | 10/6/2020 6:45:30 PM(UTC-5) | Safari | fake vs real weed cartridge | | Unknown | | |
| 407 | 10/6/2020 6:45:28 PM(UTC-5) | Safari | fake vs real weed ca | | Unknown | | |
| 408 | 10/6/2020 6:45:28 PM(UTC-5) | Safari | fake vs real weed cartridge | | Unknown | | |
| 409 | 10/6/2020 6:44:28 PM(UTC-5) | Safari | fake vs real weed ca | | Unknown | | |
| 410 | 10/6/2020 6:44:28 PM(UTC-5) | Safari | fake vs real weed cartridge | | Unknown | | |
| 411 | 10/6/2020 6:44:28 PM(UTC-5) | Safari | fake vs real weed ca | | Unknown | | |
| 412 | 10/6/2020 6:44:28 PM(UTC-5) | Safari | fake vs real weed cartridge | | Unknown | | |
| 413 | 10/6/2020 6:44:07 PM(UTC-5) | Safari | fake vs real weed sign | | Unknown | | |
| 414 | 10/6/2020 6:44:06 PM(UTC-5) | Safari | fake vs real weed sign | | Unknown | | |
| 415 | 10/6/2020 6:44:01 PM(UTC-5) | Safari | fake vs real weed | | Unknown | | |
| 416 | 10/6/2020 6:44:00 PM(UTC-5) | Safari | fake vs real weed | | Unknown | | |
| 417 | 10/6/2020 6:43:54 PM(UTC-5) | Safari | fake vs real weed seal | | Unknown | | |
| 418 | 10/6/2020 6:43:44 PM(UTC-5) | Safari | fake vs real weed seal | | Unknown | | |
| 419 | 10/6/2020 6:43:34 PM(UTC-5) | Safari | fake vs real weed seal | | Unknown | | |
| 420 | 10/6/2020 6:43:17 PM(UTC-5) | Safari | fake vs real weed seal | | Unknown | | |
| 421 | 10/6/2020 6:43:14 PM(UTC-5) | Safari | fake vs real weed seal | | Unknown | | |
| 422 | 10/6/2020 6:43:12 PM(UTC-5) | Safari | fake vs real weed seal | | Unknown | | |
| 423 | 10/6/2020 6:43:01 PM(UTC-5) | Safari | fake weed seal | | Unknown | | |
| 424 | 10/6/2020 6:43:00 PM(UTC-5) | Safari | fake weed seal | | Unknown | | |
| 425 | 10/6/2020 6:42:57 PM(UTC-5) | Safari | fake weed seal | | Unknown | | |
| 426 | 10/6/2020 6:42:55 PM(UTC-5) | Safari | fake weed seal | | Unknown | | |
| 427 | 10/6/2020 12:36:32 AM(UTC-5) | Safari | casio | | Unknown | | |
| 428 | 10/6/2020 12:36:31 AM(UTC-5) | Safari | casio | | Unknown | | |
| 429 | 10/6/2020 12:36:22 AM(UTC-5) | Safari | casio | | Unknown | | |
| 430 | 10/6/2020 12:36:18 AM(UTC-5) | Safari | casio | | Unknown | | |
| 431 | 10/6/2020 12:36:12 AM(UTC-5) | Safari | casio | | Unknown | | |
| 432 | 10/6/2020 12:36:08 AM(UTC-5) | Safari | casio | | Unknown | | |
| 433 | 10/6/2020 12:35:50 AM(UTC-5) | Safari | casio | | Unknown | | |
| 434 | 10/6/2020 12:35:49 AM(UTC-5) | Safari | casio | | Unknown | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 641 | 9/25/2020 1:29:09 PM(UTC-5) | Safari | humane society of harlingen | | Unknown | |
| 642 | 9/25/2020 1:29:08 PM(UTC-5) | Safari | humane society of harlingen | | Unknown | |
| 643 | 9/24/2020 9:16:42 PM(UTC-5) | Safari | walmart | | Unknown | |
| 644 | 9/24/2020 9:16:41 PM(UTC-5) | Safari | walmart | | Unknown | |
| 645 | 9/24/2020 9:16:40 PM(UTC-5) | Safari | walmart | | Unknown | |
| 646 | 9/24/2020 9:16:39 PM(UTC-5) | Safari | walmart | | Unknown | |
| 647 | 9/24/2020 9:13:23 PM(UTC-5) | Safari | pgr weed vs natural | | Unknown | |
| 648 | 9/24/2020 9:13:13 PM(UTC-5) | Safari | pgr weed vs natural | | Unknown | |
| 649 | 9/24/2020 9:13:04 PM(UTC-5) | Safari | pgr weed vs natural | | Unknown | |
| 650 | 9/24/2020 9:13:01 PM(UTC-5) | Safari | pgr weed vs natural | | Unknown | |
| 651 | 9/24/2020 9:12:36 PM(UTC-5) | Safari | pgr weed vs natural | | Unknown | |
| 652 | 9/24/2020 9:12:05 PM(UTC-5) | Safari | pgr weed vs natural | | Unknown | |
| 653 | 9/24/2020 9:12:04 PM(UTC-5) | Safari | pgr weed vs natural | | Unknown | |
| 654 | 9/24/2020 9:12:03 PM(UTC-5) | Safari | pgr weed vs natural | | Unknown | |
| 655 | 9/24/2020 9:12:00 PM(UTC-5) | Safari | pgrs weed | | Unknown | |
| 656 | 9/24/2020 9:12:00 PM(UTC-5) | Safari | pgr weed vs natural | | Unknown | |
| 657 | 9/24/2020 9:11:38 PM(UTC-5) | Safari | pgrs weed | | Unknown | |
| 658 | 9/24/2020 9:11:38 PM(UTC-5) | Safari | pgr weed vs natural | | Unknown | |
| 659 | 9/24/2020 9:11:38 PM(UTC-5) | Safari | pgrs weed | | Unknown | |
| 660 | 9/24/2020 9:11:38 PM(UTC-5) | Safari | pgr weed vs natural | | Unknown | |
| 661 | 9/24/2020 9:11:38 PM(UTC-5) | Safari | pgrs weed | | Unknown | |
| 662 | 9/24/2020 9:11:35 PM(UTC-5) | Safari | pgrs weed | | Unknown | |
| 663 | 9/24/2020 9:11:34 PM(UTC-5) | Safari | pgrs weed | | Unknown | |
| 664 | 9/24/2020 9:11:33 PM(UTC-5) | Safari | pgrs weed | | Unknown | |
| 665 | 9/24/2020 9:11:33 PM(UTC-5) | Safari | pgrs weed | | Unknown | |
| 666 | 9/24/2020 9:11:26 PM(UTC-5) | Safari | pgrs weed | | Unknown | |
| 667 | 9/24/2020 9:11:23 PM(UTC-5) | Safari | pgrs weed | | Unknown | |
| 668 | 9/24/2020 9:11:22 PM(UTC-5) | Safari | pgrs weed | | Unknown | |
| 669 | 9/24/2020 9:11:18 PM(UTC-5) | Safari | pgrs weed | | Unknown | |
| 670 | 9/24/2020 9:11:17 PM(UTC-5) | Safari | pgrs weed | | Unknown | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 41 | youtube - Google Search | https://www.google.com/search?q=youtube&ie=UTF-8&oe=UTF-8&hl=en-us&client=safari | 10/18/2020 3:03:00 PM(UTC-5) | 1 | | Artifact Family: Source Repository Path: | Source: Safari Account: | |
| 42 | frozen yogurt near me - Google Search | https://www.google.com/search?q=frozen+yogurt+near+me&ie=UTF-8&oe=UTF-8&hl=en-us&client=safari#trex=m_r:1,m_t:gwp,rc_q:frozen%2520yogurt%2520near%2520me,rc_ui:9,ru_gwp:0%252C6,ru_q:frozen%2520yogurt%2520near%2520me,trex_id:rBCcod | 10/18/2020 9:35:15 PM(UTC-5) | 1 | | Artifact Family: Source Repository Path: | Source: Safari Account: | |
| 43 | frozen yogurt near me - Google Search | https://www.google.com/search?q=frozen+yogurt+near+me&ie=UTF-8&oe=UTF-8&hl=en-us&client=safari#trex=m_r:1,m_t:gwp,rc_q:frozen%2520yogurt%2520near%2520me,rc_ui:9,ru_gwp:0%252C6,ru_q:frozen%2520yogurt%2520near%2520me,trex_id:rBCcod | 10/18/2020 9:35:14 PM(UTC-5) | 1 | | Artifact Family: Source Repository Path: | Source: Safari Account: | |
| 44 | frozen yogurt near me - Google Search | https://www.google.com/search?q=frozen+yogurt+near+me&ie=UTF-8&oe=UTF-8&hl=en-us&client=safari#trex=m_t:lcl_akp,rc_f:rln,rc_ludocids:7987043633639252487,ru_lqi:ChVmcm96ZW4geW9ndXJ0IG5lYXIgbWUiA5ABAVomCg1mcm96ZW4geW9ndXJ0Ih Vmcm96ZW4geW9ndXJ0IG5lYXIgbWU,ru_phdesc:3kGa8zsR49c | 10/18/2020 6:56:36 PM(UTC-5) | 1 | | Artifact Family: Source Repository Path: | Source: Safari Account: | |
| 45 | frozen yogurt near me - Google Search | https://www.google.com/search?q=frozen+yogurt+near+me&ie=UTF-8&oe=UTF-8&hl=en-us&client=safari#trex=m_r:1,m_t:gwp,rc_q:frozen%2520yogurt%2520near%2520me,rc_ui:9,ru_gwp:0%252C6,ru_q:frozen%2520yogurt%2520near%2520me,trex_id:rBCcod | 10/18/2020 6:56:28 PM(UTC-5) | 1 | | Artifact Family: Source Repository Path: | Source: Safari Account: | |
| 46 | frozen yogurt near me - Google Search | https://www.google.com/search?q=frozen+yogurt+near+me&ie=UTF-8&oe=UTF-8&hl=en-us&client=safari | 10/18/2020 6:56:24 PM(UTC-5) | 1 | | Artifact Family: Source Repository Path: | Source: Safari Account: | |
| 47 | frozen yogurt near me - Google Search | https://www.google.com/search?q=frozen+yogurt+near+me&ie=UTF-8&oe=UTF-8&hl=en-us&client=safari | 10/18/2020 6:56:23 PM(UTC-5) | 1 | | Artifact Family: Source Repository Path: | Source: Safari Account: | |
| 48 | papa johns - Google Search | https://www.google.com/search?q=papa+johns&ie=UTF-8&oe=UTF-8&hl=en-us&client=safari&dlnr=1&sei=V5-MX9CVCYiksAW1p7rACA#dlnr=1&trex=m_t:lcl_akp,rc_f:rln,rc_ludocids:6105621636565255073 | 10/18/2020 3:05:42 PM(UTC-5) | 1 | | Artifact Family: Source Repository Path: | Source: Safari Account: | |
| 49 | papa johns - Google Search | https://www.google.com/search?q=papa+johns&ie=UTF-8&oe=UTF-8&hl=en-us&client=safari&dlnr=1&sei=V5-MX9CVCYiksAW1p7rACA#dlnr=1&istate=lrl:mlt&trex=m_r:1,m_t:gwp,rc_q:papa%2520johns%2520locations,rc_ui:4,ru_gwp:0%252C6,ru_q:papa%2520johns%2520locations,trex_id:WixIWc | 10/18/2020 3:02:52 PM(UTC-5) | 1 | | Artifact Family: Source Repository Path: | Source: Safari Account: | |
| 50 | papa johns - Google Search | https://www.google.com/search?q=papa+johns&ie=UTF-8&oe=UTF-8&hl=en-us&client=safari&dlnr=1&sei=V5-MX9CVCYiksAW1p7rACA#dlnr=1&wptab=s:H4sIAAAAAAAAAONgVuLUz9U3MDIoKct9xOjMLfDyxz1hKatJa05eYzTh4grOyC93zSvJLKkUUuNig7JkuHilELo0GKS4uRBcnl1MfM4ZiZI5PvnJiSWZ-XnFi1hFChILEhWy8jPyihVyYMIAmahp7nsAAAA | 10/18/2020 3:02:43 PM(UTC-5) | 1 | | Artifact Family: Source Repository Path: | Source: Safari Account: | |
| 51 | papa johns - Google Search | https://www.google.com/search?q=papa+johns&ie=UTF-8&oe=UTF-8&hl=en-us&client=safari&dlnr=1&sei=V5-MX9CVCYiksAW1p7rACA | 10/18/2020 3:02:34 PM(UTC-5) | 1 | | Artifact Family: Source Repository Path: | Source: Safari Account: | |
| 52 | papa johns - Google Search | https://www.google.com/search?q=papa+johns&ie=UTF-8&oe=UTF-8&hl=en-us&client=safari&dlnr=1&sei=V5-MX9CVCYiksAW1p7rACA | 10/18/2020 3:02:34 PM(UTC-5) | 1 | | Artifact Family: Source Repository Path: | Source: Safari Account: | |
| 53 | papa johns - Google Search | https://www.google.com/search?q=papa+johns&ie=UTF-8&oe=UTF-8&hl=en-us&client=safari | 10/18/2020 3:02:32 PM(UTC-5) | 1 | | Artifact Family: Source Repository Path: | Source: Safari Account: | |
| 54 | papa johns - Google Search | https://www.google.com/search?q=papa+johns&ie=UTF-8&oe=UTF-8&hl=en-us&client=safari | 10/18/2020 3:02:31 PM(UTC-5) | 1 | | Artifact Family: Source Repository Path: | Source: Safari Account: | |
| 55 | How to Identify and Shop for High-Quality Cannabis Oil \| Leafly | https://www.leafly.com/news/strains-products/how-to-find-high-quality-marijuana-oil | 10/18/2020 2:00:51 PM(UTC-5) | 1 | | Artifact Family: Source Repository Path: | Source: Safari Account: | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 781 | fancy corn snake - Google Search | https://www.google.com/search?q=fancy+c orn+snake&tbm=isch&ved=... us&client=safari | 10/6/2020 6:19:05 PM(UTC-5) | 1 | | Artifact Family:<br><br>Source Repository Path: | Source: Safari<br>Account: | |
| 782 | fake vs real ca thc - Google Search | https://www.google.com/search?q=fake+vs +real+ca+thc&tbm=isch&ved=2ahUKEwi4g fjvkqHsAhVGWKwKHQHiA4UQ2-cCegQIABAC&oq=fake+vs+real+ca+thc&g s_lcp=ChJtb2JpbGUtZ3dzLXdpei1pbWcQ AzoECCMQJzoFCCEQqwI6AggAOgYIAB AIEB46BAgAEA06CAgAEAgQDRAeUMHv A1jivwRg5sYEaANwAHgAgAFxiAGGEZIB BDE0LjmYAQCgAQHAAQE&sclient=mobil e-gws-wiz-img&ei=WwF9X_jnPMawsQWBxl-oCA&bih=719&biw=414&client=safari&prm d=sinv&hl=en-us#imgrc=nr49dRBh5N5WdM&imgdii=Do7 M4rbhyT28sM | 10/6/2020 6:46:52 PM(UTC-5) | 1 | | Artifact Family:<br><br>Source Repository Path: | Source: Safari<br>Account: | |
| 783 | fake vs real ca thc - Google Search | https://www.google.com/search?q=fake+vs +real+ca+thc&tbm=isch&ved=2ahUKEwi4g fjvkqHsAhVGWKwKHQHiA4UQ2-cCegQIABAC&oq=fake+vs+real+ca+thc&g s_lcp=ChJtb2JpbGUtZ3dzLXdpei1pbWcQ AzoECCMQJzoFCCEQqwI6AggAOgYIAB AIEB46BAgAEA06CAgAEAgQDRAeUMHv A1jivwRg5sYEaANwAHgAgAFxiAGGEZIB BDE0LjmYAQCgAQHAAQE&sclient=mobil e-gws-wiz-img&ei=WwF9X_jnPMawsQWBxl-oCA&bih=719&biw=414&client=safari&prm d=sinv&hl=en-us#imgrc=nr49dRBh5N5WdM | 10/6/2020 6:46:25 PM(UTC-5) | 1 | | Artifact Family:<br><br>Source Repository Path: | Source: Safari<br>Account: | |
| 784 | fake vs real ca thc - Google Search | https://www.google.com/search?q=fake+vs +real+ca+thc&tbm=isch&ved=2ahUKEwi4g fjvkqHsAhVGWKwKHQHiA4UQ2-cCegQIABAC&oq=fake+vs+real+ca+thc&g s_lcp=ChJtb2JpbGUtZ3dzLXdpei1pbWcQ AzoECCMQJzoFCCEQqwI6AggAOgYIAB AIEB46BAgAEA06CAgAEAgQDRAeUMHv A1jivwRg5sYEaANwAHgAgAFxiAGGEZIB BDE0LjmYAQCgAQHAAQE&sclient=mobil e-gws-wiz-img&ei=WwF9X_jnPMawsQWBxl-oCA&bih=719&biw=414&client=safari&prm d=sinv&hl=en-us | 10/6/2020 6:46:22 PM(UTC-5) | 1 | | Artifact Family:<br><br>Source Repository Path: | Source: Safari<br>Account: | |
| 785 | fake vs real ca thc - Google Search | https://www.google.com/search?q=fake+vs +real+ca+thc&tbm=isch&ved=2ahUKEwi4g fjvkqHsAhVGWKwKHQHiA4UQ2-cCegQIABAC&oq=fake+vs+real+ca+thc&g s_lcp=ChJtb2JpbGUtZ3dzLXdpei1pbWcQ AzoECCMQJzoFCCEQqwI6AggAOgYIAB AIEB46BAgAEA06CAgAEAgQDRAeUMHv A1jivwRg5sYEaANwAHgAgAFxiAGGEZIB BDE0LjmYAQCgAQHAAQE&sclient=mobil e-gws-wiz-img&ei=WwF9X_jnPMawsQWBxl-oCA&bih=719&biw=414&client=safari&prm d=sinv&hl=en-us#imgrc=EwVPF_eiwrVoBM | 10/6/2020 6:46:11 PM(UTC-5) | 1 | | Artifact Family:<br><br>Source Repository Path: | Source: Safari<br>Account: | |
| 786 | fake vs real ca thc - Google Search | https://www.google.com/search?q=fake+vs +real+ca+thc&tbm=isch&ved=2ahUKEwi4g fjvkqHsAhVGWKwKHQHiA4UQ2-cCegQIABAC&oq=fake+vs+real+ca+thc&g s_lcp=ChJtb2JpbGUtZ3dzLXdpei1pbWcQ AzoECCMQJzoFCCEQqwI6AggAOgYIAB AIEB46BAgAEA06CAgAEAgQDRAeUMHv A1jivwRg5sYEaANwAHgAgAFxiAGGEZIB BDE0LjmYAQCgAQHAAQE&sclient=mobil e-gws-wiz-img&ei=WwF9X_jnPMawsQWBxl-oCA&bih=719&biw=414&client=safari&prm d=sinv&hl=en-us | 10/6/2020 6:45:44 PM(UTC-5) | 1 | | Artifact Family:<br><br>Source Repository Path: | Source: Safari<br>Account: | |
| 787 | fake vs real ca thc - Google Search | https://www.google.com/search?q=fake+vs +real+ca+thc&tbm=isch&ved=2ahUKEwi4g fjvkqHsAhVGWKwKHQHiA4UQ2-cCegQIABAC&oq=fake+vs+real+ca+thc&g s_lcp=ChJtb2JpbGUtZ3dzLXdpei1pbWcQ AzoECCMQJzoFCCEQqwI6AggAOgYIAB AIEB46BAgAEA06CAgAEAgQDRAeUMHv A1jivwRg5sYEaANwAHgAgAFxiAGGEZIB BDE0LjmYAQCgAQHAAQE&sclient=mobil e-gws-wiz-img&ei=WwF9X_jnPMawsQWBxl-oCA&bih=719&biw=414&client=safari&prm d=sinv&hl=en-us | 10/6/2020 6:45:43 PM(UTC-5) | 1 | | Artifact Family:<br><br>Source Repository Path: | Source: Safari<br>Account: | |
| 788 | fake vs real weed cartridge - Google Search | https://www.google.com/search?q=fake+vs +real+weed+cartridge&tbm=isch&ved=2ah UKEwjZ6eblkqHsAhUOYK0KHfDSDwkQ2-cCegQIABAC&oq=fake+vs+real+weed+ca &gs_lcp=ChJtb2JpbGUtZ3dzLXdpei1pbWc QARgCMgUIIRCrAjIFCCEQqwIyBQghEKs COgQIIxAnOgYIABAIEB5Q73pY9ZABYIS dAWgAcAB4AIABbogBxwSSAQMzLjOYA QCgAQHAAQE&sclient=mobile-gws-wiz-img&ei=RgF9X9muLY7AtQXwpb9I&bih=7 19&biw=414&client=safari&prmd=sinv&hl= en-us | 10/6/2020 6:45:30 PM(UTC-5) | 1 | | Artifact Family:<br><br>Source Repository Path: | Source: Safari<br>Account: | |

713

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 789 | fake vs real weed cartridge - Google Search | https://www.google.com/search?q=fake+vs+real+weed+cartridge&tbm=isch&ved=2ahUKEwjZ6eblkqHsAhUOYK0KHfDSDwkQ2-cCegQIABAC&oq=fake+vs+real+weed+ca&gs_lcp=ChJtb2JpbGUtZ3dzLXdpei1pbWcQARgCMgUIIRCrAjIFCCEQqwIyBQghEKsCOgQIIxAnOgYIABAIEB5Q73pY9ZABYISdAWgAcAB4AIABBbogBxwSSAQMzLjOYAQCgAQHAAQE&sclient=mobile-gws-wiz-img&ei=RgF9X9muLY7AtQXwpb9I&bih=719&biw=414&client=safari&prmd=sinv&hl=en-us#imgrc=kQG2WoWGjI4vUM | 10/6/2020 6:45:28 PM(UTC-5) | 1 | | Artifact Family: Source Repository Path: | Source: Safari Account: | |
| 790 | fake vs real weed cartridge - Google Search | https://www.google.com/search?q=fake+vs+real+weed+cartridge&tbm=isch&ved=2ahUKEwjZ6eblkqHsAhUOYK0KHfDSDwkQ2-cCegQIABAC&oq=fake+vs+real+weed+ca&gs_lcp=ChJtb2JpbGUtZ3dzLXdpei1pbWcQARgCMgUIIRCrAjIFCCEQqwIyBQghEKsCOgQIIxAnOgYIABAIEB5Q73pY9ZABYISdAWgAcAB4AIABBbogBxwSSAQMzLjOYAQCgAQHAAQE&sclient=mobile-gws-wiz-img&ei=RgF9X9muLY7AtQXwpb9I&bih=719&biw=414&client=safari&prmd=sinv&hl=en-us | 10/6/2020 6:44:28 PM(UTC-5) | 1 | | Artifact Family: Source Repository Path: | Source: Safari Account: | |
| 791 | fake vs real weed cartridge - Google Search | https://www.google.com/search?q=fake+vs+real+weed+cartridge&tbm=isch&ved=2ahUKEwjZ6eblkqHsAhUOYK0KHfDSDwkQ2-cCegQIABAC&oq=fake+vs+real+weed+ca&gs_lcp=ChJtb2JpbGUtZ3dzLXdpei1pbWcQARgCMgUIIRCrAjIFCCEQqwIyBQghEKsCOgQIIxAnOgYIABAIEB5Q73pY9ZABYISdAWgAcAB4AIABBbogBxwSSAQMzLjOYAQCgAQHAAQE&sclient=mobile-gws-wiz-img&ei=RgF9X9muLY7AtQXwpb9I&bih=719&biw=414&client=safari&prmd=sinv&hl=en-us | 10/6/2020 6:44:28 PM(UTC-5) | 1 | | Artifact Family: Source Repository Path: | Source: Safari Account: | |
| 792 | fake vs real weed sign - Google Search | https://www.google.com/search?q=fake+vs+real+weed+sign&tbm=isch&ved=2ahUKEwjVqM3ikqHsAhVIvKwKHSg3CiYQ2-cCegQIABAC&oq=fake+vs+real+weed+sign&gs_lcp=ChJtb2JpbGUtZ3dzLXdpei1pbWcQAzoECCMQJzoGCAAQCBAeOgUIIIRCrAjoECB4QCICOFVjI2COKGgAcAB4AIABZ4gB6gOSAQMyLjOYAQCgAQHAAQE&sclient=mobile-gws-wiz-img&ei=QAF9X9WIAsj4sgWo7qiwAg&bih=719&biw=414&client=safari&prmd=sinv&hl=en-us | 10/6/2020 6:44:07 PM(UTC-5) | 1 | | Artifact Family: Source Repository Path: | Source: Safari Account: | |
| 793 | fake vs real weed sign - Google Search | https://www.google.com/search?q=fake+vs+real+weed+sign&tbm=isch&ved=2ahUKEwjVqM3ikqHsAhVIvKwKHSg3CiYQ2-cCegQIABAC&oq=fake+vs+real+weed+sign&gs_lcp=ChJtb2JpbGUtZ3dzLXdpei1pbWcQAzoECCMQJzoGCAAQCBAeOgUIIIRCrAjoECB4QCICOFVjI2COKGgAcAB4AIABZ4gB6gOSAQMyLjOYAQCgAQHAAQE&sclient=mobile-gws-wiz-img&ei=QAF9X9WIAsj4sgWo7qiwAg&bih=719&biw=414&client=safari&prmd=sinv&hl=en-us | 10/6/2020 6:44:06 PM(UTC-5) | 1 | | Artifact Family: Source Repository Path: | Source: Safari Account: | |
| 794 | fake vs real weed - Google Search | https://www.google.com/search?q=fake+vs+real+weed+&tbm=isch&ved=2ahUKEwi2zovMkqHsAhXBJ6wKHci9DY4Q2-cCegQIABAC&oq=fake+vs+real+weed+&gs_lcp=ChJtb2JpbGUtZ3dzLXdpei1pbWcQAzlECCMQJzlGCAAQCBAeMgYIABAIEB46BQghEKsCUJjSAlid1wJg1uYCaABwAHgAgAgAFyiAGEA5IBAzMuMZgBAKABAcABAQ&sclient=mobile-gws-wiz-img&ei=EAF9X7aGMsHPsAXI-7bwCA&bih=719&biw=414&client=safari&prmd=sinv&hl=en-us | 10/6/2020 6:44:01 PM(UTC-5) | 1 | | Artifact Family: Source Repository Path: | Source: Safari Account: | |
| 795 | fake vs real weed - Google Search | https://www.google.com/search?q=fake+vs+real+weed+&tbm=isch&ved=2ahUKEwi2zovMkqHsAhXBJ6wKHci9DY4Q2-cCegQIABAC&oq=fake+vs+real+weed+&gs_lcp=ChJtb2JpbGUtZ3dzLXdpei1pbWcQAzlECCMQJzlGCAAQCBAeMgYIABAIEB46BQghEKsCUJjSAlid1wJg1uYCaABwAHgAgAgAFyiAGEA5IBAzMuMZgBAKABAcABAQ&sclient=mobile-gws-wiz-img&ei=EAF9X7aGMsHPsAXI-7bwCA&bih=719&biw=414&client=safari&prmd=sinv&hl=en-us | 10/6/2020 6:44:00 PM(UTC-5) | 1 | | Artifact Family: Source Repository Path: | Source: Safari Account: | |
| 796 | fake vs real weed seal - Google Search | https://www.google.com/search?q=fake+vs+real+weed+seal&tbm=isch&ved=2ahUKEwjbiJrGkqHsAhUT_6wKHY27AZ0Q2-cCegQIABAC&oq=fake+vs+real+weed+seal&gs_lcp=ChJtb2JpbGUtZ3dzLXdpei1pbWcQAzoECCMQJzoECCEQCIDzNijfUmCcVWgAcAB4AIAB_AGIAasHkgEFMy40LjGYAQCgAQHAAQE&sclient=mobile-gws-wiz-img&ei=BAF9X9v2HJP-swWN94boCQ&bih=719&biw=414&client=safari&prmd=sinv&hl=en-us | 10/6/2020 6:43:54 PM(UTC-5) | 1 | | Artifact Family: Source Repository Path: | Source: Safari Account: | |

714

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 797 | fake vs real weed seal - Google Search | https://www.google.com/search?q=fake+vs+real+weed+seal&tbm=isch&ved=2ahUKEwjbiJrGkqHsAhUT_6wKHY27AZ0Q2-cCegQIABAC&oq=fake+vs+real+weed+seal&gs_lcp=ChJtb2JpbGUtZ3dzLXdpei1pbWcQAzoECCMQJzoECCEQCIDzNIjfUmCcVWgAcAB4AIAB_AGIAasHkgEFMy40LjGYAQCgAQHAAQE&sclient=mobile-gws-wiz-img&ei=BAF9X9v2HJP-swWN94boCQ&bih=719&biw=414&client=safari&prmd=sinv&hl=en-us#imgrc=8nfJQykqVJdHiM | 10/6/2020 6:43:44 PM(UTC-5) | 1 | | Artifact Family:<br><br>Source Repository Path: | Source: Safari Account: | |
| 798 | fake vs real weed seal - Google Search | https://www.google.com/search?q=fake+vs+real+weed+seal&tbm=isch&ved=2ahUKEwjbiJrGkqHsAhUT_6wKHY27AZ0Q2-cCegQIABAC&oq=fake+vs+real+weed+seal&gs_lcp=ChJtb2JpbGUtZ3dzLXdpei1pbWcQAzoECCMQJzoECCEQCIDzNIjfUmCcVWgAcAB4AIAB_AGIAasHkgEFMy40LjGYAQCgAQHAAQE&sclient=mobile-gws-wiz-img&ei=BAF9X9v2HJP-swWN94boCQ&bih=719&biw=414&client=safari&prmd=sinv&hl=en-us | 10/6/2020 6:43:34 PM(UTC-5) | 1 | | Artifact Family:<br><br>Source Repository Path: | Source: Safari Account: | |
| 799 | fake vs real weed seal - Google Search | https://www.google.com/search?q=fake+vs+real+weed+seal&tbm=isch&ved=2ahUKEwjbiJrGkqHsAhUT_6wKHY27AZ0Q2-cCegQIABAC&oq=fake+vs+real+weed+seal&gs_lcp=ChJtb2JpbGUtZ3dzLXdpei1pbWcQAzoECCMQJzoECCEQCIDzNIjfUmCcVWgAcAB4AIAB_AGIAasHkgEFMy40LjGYAQCgAQHAAQE&sclient=mobile-gws-wiz-img&ei=BAF9X9v2HJP-swWN94boCQ&bih=719&biw=414&client=safari&prmd=sinv&hl=en-us#imgrc=kQG2WoWGjl4vUM | 10/6/2020 6:43:17 PM(UTC-5) | 1 | | Artifact Family:<br><br>Source Repository Path: | Source: Safari Account: | |
| 800 | fake vs real weed seal - Google Search | https://www.google.com/search?q=fake+vs+real+weed+seal&tbm=isch&ved=2ahUKEwjbiJrGkqHsAhUT_6wKHY27AZ0Q2-cCegQIABAC&oq=fake+vs+real+weed+seal&gs_lcp=ChJtb2JpbGUtZ3dzLXdpei1pbWcQAzoECCMQJzoECCEQCIDzNIjfUmCcVWgAcAB4AIAB_AGIAasHkgEFMy40LjGYAQCgAQHAAQE&sclient=mobile-gws-wiz-img&ei=BAF9X9v2HJP-swWN94boCQ&bih=719&biw=414&client=safari&prmd=sinv&hl=en-us | 10/6/2020 6:43:14 PM(UTC-5) | 1 | | Artifact Family:<br><br>Source Repository Path: | Source: Safari Account: | |
| 801 | fake vs real weed seal - Google Search | https://www.google.com/search?q=fake+vs+real+weed+seal&tbm=isch&ved=2ahUKEwjbiJrGkqHsAhUT_6wKHY27AZ0Q2-cCegQIABAC&oq=fake+vs+real+weed+seal&gs_lcp=ChJtb2JpbGUtZ3dzLXdpei1pbWcQAzoECCMQJzoECCEQCIDzNIjfUmCcVWgAcAB4AIAB_AGIAasHkgEFMy40LjGYAQCgAQHAAQE&sclient=mobile-gws-wiz-img&ei=BAF9X9v2HJP-swWN94boCQ&bih=719&biw=414&client=safari&prmd=sinv&hl=en-us | 10/6/2020 6:43:12 PM(UTC-5) | 1 | | Artifact Family:<br><br>Source Repository Path: | Source: Safari Account: | |
| 802 | fake weed seal - Google Search | https://www.google.com/search?q=fake+weed+seal&client=safari&hl=en-us&prmd=sinv&sxsrf=ALeKk02cQs16y9uJsWfms1ZY82PVMduduA:1602027775385&source=lnms&tbm=isch&sa=X&ved=2ahUKEwiV8eLDkqHsAhUEd6wKHbFsAwMQ_AUoAnoECA4QAg&biw=414&bih=719 | 10/6/2020 6:43:01 PM(UTC-5) | 1 | | Artifact Family:<br><br>Source Repository Path: | Source: Safari Account: | |
| 803 | fake weed seal - Google Search | https://www.google.com/search?q=fake+weed+seal&client=safari&hl=en-us&prmd=sinv&sxsrf=ALeKk02cQs16y9uJsWfms1ZY82PVMduduA:1602027775385&source=lnms&tbm=isch&sa=X&ved=2ahUKEwiV8eLDkqHsAhUEd6wKHbFsAwMQ_AUoAnoECA4QAg&biw=414&bih=719 | 10/6/2020 6:43:00 PM(UTC-5) | 1 | | Artifact Family:<br><br>Source Repository Path: | Source: Safari Account: | |
| 804 | fake weed seal - Google Search | https://www.google.com/search?q=fake+weed+seal&ie=UTF-8&oe=UTF-8&hl=en-us&client=safari | 10/6/2020 6:42:57 PM(UTC-5) | 1 | | Artifact Family:<br><br>Source Repository Path: | Source: Safari Account: | |
| 805 | fake weed seal - Google Search | https://www.google.com/search?q=fake+weed+seal&ie=UTF-8&oe=UTF-8&hl=en-us&client=safari | 10/6/2020 6:42:55 PM(UTC-5) | 1 | | Artifact Family:<br><br>Source Repository Path: | Source: Safari Account: | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1477 | walmart - Google Search | https://www.google.com/search?q=walmart&ie=UTF-8&oe=UTF-8&hl=en-us&client=safari&dlnr=1&sei=B1NtX8mpC8fEsAXM4LtI | 9/24/2020 9:16:41 PM(UTC-5) | 1 | | Artifact Family:<br><br>Source Repository Path: | Source: Safari Account: |
| 1478 | walmart - Google Search | https://www.google.com/search?q=walmart&ie=UTF-8&oe=UTF-8&hl=en-us&client=safari | 9/24/2020 9:16:40 PM(UTC-5) | 1 | | Artifact Family:<br><br>Source Repository Path: | Source: Safari Account: |
| 1479 | walmart - Google Search | https://www.google.com/search?q=walmart&ie=UTF-8&oe=UTF-8&hl=en-us&client=safari | 9/24/2020 9:16:39 PM(UTC-5) | 1 | | Artifact Family:<br><br>Source Repository Path: | Source: Safari Account: |
| 1480 | Cannot Open Page | http://walmart./ | 9/24/2020 9:16:33 PM(UTC-5) | 1 | | Artifact Family:<br><br>Source Repository Path: | Source: Safari Account: |
| 1481 | Walmart.com \| Save Money. Live Better. | https://www.walmart.com/ | 9/24/2020 9:16:23 PM(UTC-5) | 1 | | Artifact Family:<br><br>Source Repository Path: | Source: Safari Account: |
| 1482 | | http://walmart.com/ | 9/24/2020 9:16:23 PM(UTC-5) | 1 | | Artifact Family:<br><br>Source Repository Path: | Source: Safari Account: |
| 1483 | pgr weed vs natural - Google Search | https://www.google.com/search?q=pgr+weed+vs+natural&client=safari&hl=en-US&prmd=isnv&source=lnms&tbm=isch&sa=X&ved=2ahUKEwjZm--xnYPsAhUPSa0KHUEBA2oQ_AUoAXoECBEQAQ&biw=414&bih=715&dpr=2#imgrc=aO8aWfZZzUZIqM&imgdii=R_eCJASdal2qEM | 9/24/2020 9:13:23 PM(UTC-5) | 1 | | Artifact Family:<br><br>Source Repository Path: | Source: Safari Account: |
| 1484 | pgr weed vs natural - Google Search | https://www.google.com/search?q=pgr+weed+vs+natural&client=safari&hl=en-US&prmd=isnv&source=lnms&tbm=isch&sa=X&ved=2ahUKEwjZm--xnYPsAhUPSa0KHUEBA2oQ_AUoAXoECBEQAQ&biw=414&bih=715&dpr=2#imgrc=wBefMTO47YCAHM&imgdii=aO8aWfZZzUZIqM | 9/24/2020 9:13:13 PM(UTC-5) | 1 | | Artifact Family:<br><br>Source Repository Path: | Source: Safari Account: |
| 1485 | pgr weed vs natural - Google Search | https://www.google.com/search?q=pgr+weed+vs+natural&client=safari&hl=en-US&prmd=isnv&source=lnms&tbm=isch&sa=X&ved=2ahUKEwjZm--xnYPsAhUPSa0KHUEBA2oQ_AUoAXoECBEQAQ&biw=414&bih=715&dpr=2#imgrc=wBefMTO47YCAHM | 9/24/2020 9:13:04 PM(UTC-5) | 1 | | Artifact Family:<br><br>Source Repository Path: | Source: Safari Account: |
| 1486 | pgr weed vs natural - Google Search | https://www.google.com/search?q=pgr+weed+vs+natural&client=safari&hl=en-US&prmd=isnv&source=lnms&tbm=isch&sa=X&ved=2ahUKEwjZm--xnYPsAhUPSa0KHUEBA2oQ_AUoAXoECBEQAQ&biw=414&bih=715&dpr=2 | 9/24/2020 9:13:01 PM(UTC-5) | 1 | | Artifact Family:<br><br>Source Repository Path: | Source: Safari Account: |
| 1487 | pgr weed vs natural - Google Search | https://www.google.com/search?q=pgr+weed+vs+natural&client=safari&hl=en-US&prmd=isnv&source=lnms&tbm=isch&sa=X&ved=2ahUKEwjZm--xnYPsAhUPSa0KHUEBA2oQ_AUoAXoECBEQAQ&biw=414&bih=715&dpr=2#imgrc=ykN4YyyfL3ewyM&imgdii=wBefMTO47YCAHM | 9/24/2020 9:12:36 PM(UTC-5) | 1 | | Artifact Family:<br><br>Source Repository Path: | Source: Safari Account: |
| 1488 | pgr weed vs natural - Google Search | https://www.google.com/search?q=pgr+weed+vs+natural&client=safari&hl=en-US&prmd=isnv&source=lnms&tbm=isch&sa=X&ved=2ahUKEwjZm--xnYPsAhUPSa0KHUEBA2oQ_AUoAXoECBEQAQ&biw=414&bih=715&dpr=2#imgrc=ykN4YyyfL3ewyM | 9/24/2020 9:12:05 PM(UTC-5) | 1 | | Artifact Family:<br><br>Source Repository Path: | Source: Safari Account: |
| 1489 | pgr weed vs natural - Google Search | https://www.google.com/search?q=pgr+weed+vs+natural&client=safari&hl=en-US&prmd=isnv&source=lnms&tbm=isch&sa=X&ved=2ahUKEwjZm--xnYPsAhUPSa0KHUEBA2oQ_AUoAXoECBEQAQ&biw=414&bih=715&dpr=2 | 9/24/2020 9:12:04 PM(UTC-5) | 1 | | Artifact Family:<br><br>Source Repository Path: | Source: Safari Account: |
| 1490 | pgr weed vs natural - Google Search | https://www.google.com/search?q=pgr+weed+vs+natural&client=safari&hl=en-US&prmd=isnv&source=lnms&tbm=isch&sa=X&ved=2ahUKEwjZm--xnYPsAhUPSa0KHUEBA2oQ_AUoAXoECBEQAQ&biw=414&bih=715&dpr=2 | 9/24/2020 9:12:03 PM(UTC-5) | 1 | | Artifact Family:<br><br>Source Repository Path: | Source: Safari Account: |
| 1491 | pgr weed vs natural - Google Search | https://www.google.com/search?client=safari&bih=715&biw=414&hl=en-US&ei=1IFtX_unAo_6tAWQ75WACg&q=pgr+weed+vs+natural&oq=pgrs+weed&gs_lcp=ChNtb2JpbGUtZ3dzLXdpei1zZXJwwEAEYAjIECAAQRzIECAAQRzIECAAQRzIECAAQRzIECAAQRzIECAAQRzIECAAQR1AAWABgrRxoAHABeACAAQCIAQCSAQCYAQDIAQjAAQE&sclient=mobile-gws-wiz-serp | 9/24/2020 9:12:00 PM(UTC-5) | 1 | | Artifact Family:<br><br>Source Repository Path: | Source: Safari Account: |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1492 | PGR Weed VS Natural Cannabis | https://www.google.com/amp/s/www.cannanatural.com/amp/pgr-weed-vs-natural-cannabis | 9/24/2020 9:11:41 PM(UTC-5) | 1 | | Artifact Family: Source Repository Path: | Source: Safari Account: | |
| 1493 | pgr weed vs natural - Google Search | https://www.google.com/search?client=safari&bih=715&biw=414&hl=en-US&ei=1IFtX_unAo_6tAWQ75WACg&q=pgr+weed+vs+natural&oq=pgrs+weed&gs_lcp=ChNtb2JpbGUtZ3dzLXdpei1zZXJwEAEYAjIECAAQRzIECAAQRzIECAAQRzIECAAQRzIECAAQRzIECAAQRzIECAAQR1AAWABgrRxoAHABeACAAQCIAQCSAQCYAQDAAQE&sclient=mobile-gws-wiz-serp | 9/24/2020 9:11:38 PM(UTC-5) | 1 | | Artifact Family: Source Repository Path: | Source: Safari Account: | |
| 1494 | pgr weed vs natural - Google Search | https://www.google.com/search?client=safari&bih=715&biw=414&hl=en-US&ei=1IFtX_unAo_6tAWQ75WACg&q=pgr+weed+vs+natural&oq=pgrs+weed&gs_lcp=ChNtb2JpbGUtZ3dzLXdpei1zZXJwEAEYAjIECAAQRzIECAAQRzIECAAQRzIECAAQRzIECAAQRzIECAAQRzIECAAQR1AAWABgrRxoAHABeACAAQCIAQCSAQCYAQDAAQE&sclient=mobile-gws-wiz-serp | 9/24/2020 9:11:38 PM(UTC-5) | 1 | | Artifact Family: Source Repository Path: | Source: Safari Account: | |
| 1495 | pgrs weed - Google Search | https://www.google.com/search?q=pgrs+weed&source=lmns&bih=715&biw=414&client=safari&prmd=isnv&hl=en-US&sa=X&ved=2ahUKEwiSxLmqnYPsAhVZ66wKHWqtB6cQ_AUoAHoECAAQAw | 9/24/2020 9:11:38 PM(UTC-5) | 1 | | Artifact Family: Source Repository Path: | Source: Safari Account: | |
| 1496 | pgrs weed - Google Search | https://www.google.com/search?q=pgrs+weed&source=lmns&bih=715&biw=414&client=safari&prmd=isnv&hl=en-US&sa=X&ved=2ahUKEwiSxLmqnYPsAhVZ66wKHWqtB6cQ_AUoAHoECAAQAw#sbfbu=1&pi=pgrs%20weed | 9/24/2020 9:11:35 PM(UTC-5) | 1 | | Artifact Family: Source Repository Path: | Source: Safari Account: | |
| 1497 | pgrs weed - Google Search | https://www.google.com/search?q=pgrs+weed&source=lmns&bih=715&biw=414&client=safari&prmd=isnv&hl=en-US&sa=X&ved=2ahUKEwiSxLmqnYPsAhVZ66wKHWqtB6cQ_AUoAHoECAAQAw | 9/24/2020 9:11:34 PM(UTC-5) | 1 | | Artifact Family: Source Repository Path: | Source: Safari Account: | |
| 1498 | pgrs weed - Google Search | https://www.google.com/search?q=pgrs+weed&source=lmns&bih=715&biw=414&client=safari&prmd=isnv&hl=en-US&sa=X&ved=2ahUKEwiSxLmqnYPsAhVZ66wKHWqtB6cQ_AUoAHoECAAQAw | 9/24/2020 9:11:33 PM(UTC-5) | 1 | | Artifact Family: Source Repository Path: | Source: Safari Account: | |
| 1499 | pgrs weed - Google Search | https://www.google.com/search?q=pgrs+weed&client=safari&hl=en-us&prmd=isnv&source=lnms&tbm=isch&sa=X&ved=2ahUKEwj8luGnnYPsAhUDiqwKHe4WAZkQ_AUoAXoECAwQAQ&biw=414&bih=715&dpr=2 | 9/24/2020 9:11:33 PM(UTC-5) | 1 | | Artifact Family: Source Repository Path: | Source: Safari Account: | |
| 1500 | pgrs weed - Google Search | https://www.google.com/search?q=pgrs+weed&client=safari&hl=en-us&prmd=isnv&source=lnms&tbm=isch&sa=X&ved=2ahUKEwj8luGnnYPsAhUDiqwKHe4WAZkQ_AUoAXoECAwQAQ&biw=414&bih=715&dpr=2#imgrc=ykN4YyyfL3ewyM | 9/24/2020 9:11:26 PM(UTC-5) | 1 | | Artifact Family: Source Repository Path: | Source: Safari Account: | |
| 1501 | pgrs weed - Google Search | https://www.google.com/search?q=pgrs+weed&client=safari&hl=en-us&prmd=isnv&source=lnms&tbm=isch&sa=X&ved=2ahUKEwj8luGnnYPsAhUDiqwKHe4WAZkQ_AUoAXoECAwQAQ&biw=414&bih=715&dpr=2 | 9/24/2020 9:11:23 PM(UTC-5) | 1 | | Artifact Family: Source Repository Path: | Source: Safari Account: | |
| 1502 | pgrs weed - Google Search | https://www.google.com/search?q=pgrs+weed&client=safari&hl=en-us&prmd=isnv&source=lnms&tbm=isch&sa=X&ved=2ahUKEwj8luGnnYPsAhUDiqwKHe4WAZkQ_AUoAXoECAwQAQ&biw=414&bih=715&dpr=2 | 9/24/2020 9:11:22 PM(UTC-5) | 1 | | Artifact Family: Source Repository Path: | Source: Safari Account: | |
| 1503 | pgrs weed - Google Search | https://www.google.com/search?q=pgrs+weed&ie=UTF-8&oe=UTF-8&hl=en-us&client=safari | 9/24/2020 9:11:18 PM(UTC-5) | 1 | | Artifact Family: Source Repository Path: | Source: Safari Account: | |
| 1504 | pgrs weed - Google Search | https://www.google.com/search?q=pgrs+weed&ie=UTF-8&oe=UTF-8&hl=en-us&client=safari | 9/24/2020 9:11:17 PM(UTC-5) | 1 | | Artifact Family: Source Repository Path: | Source: Safari Account: | |
| 1505 | big balloons - Google Search | https://www.google.com/search?q=big+balloons&ie=UTF-8&oe=UTF-8&hl=en-us&client=safari&dlnr=1&sei=0RRtX4PHKK8tgXzqa9w#dlnr=1&trex=m_r:1,m_t:gwp,rc_q:big%2520balloons,rc_ui:3,ru_gwp:0%252C6,ru_q:big%2520balloons,trex_id:hccfSc | 9/24/2020 4:51:49 PM(UTC-5) | 1 | | Artifact Family: Source Repository Path: | Source: Safari Account: | |
| 1506 | big balloons - Google Search | https://www.google.com/search?q=big+balloons&ie=UTF-8&oe=UTF-8&hl=en-us&client=safari&dlnr=1&sei=0RRtX4PHKK8tgXzqa9w | 9/24/2020 4:51:18 PM(UTC-5) | 1 | | Artifact Family: Source Repository Path: | Source: Safari Account: | |
| 1507 | big balloons - Google Search | https://www.google.com/search?q=big+balloons&ie=UTF-8&oe=UTF-8&hl=en-us&client=safari&dlnr=1&sei=0RRtX4PHKK8tgXzqa9w | 9/24/2020 4:51:17 PM(UTC-5) | 1 | | Artifact Family: Source Repository Path: | Source: Safari Account: | |