**U.S. Customs and Border Protection**
**RGV Sector        FLF**

**Pre-Hospital Care Report**

| | | | |
|---|---|---|---|
| Date  Oct 19, 2020 | Time of Call  1655 | Time at Pt.  1657 | Ticket #  N/A |

| | | |
|---|---|---|
| Location  USBP CHECKPOINT FLF | Coordinates  N 27.02953   W -98.13911 | ■ BLS   ☐ ALS |

| | | |
|---|---|---|
| Name  JESUS UTRERA-ABENTANO | DOB 1/28/2001 | Age  Male |

| | |
|---|---|
| Citizenship  ⦿UDA  ○USC  ○UNK  ○Other MEXICO | Weight  180  lbs. |

| | |
|---|---|
| Chief Complaint  DEHYDRATION, HEAT EXHAUSTION | Medical ☑   Trauma ☐ |

| Time Position | LOC | PULSE | RESP | B.P. | R Pupils L | L Lungs R | SKIN | Sp02 | BGL |
|---|---|---|---|---|---|---|---|---|---|
| **1700** | CAO x<br>○ Alert<br>○ Voice<br>⦿ Pain<br>○ Unresp | Rate:<br>129<br>⦿ Regular<br>○ Irregular | Rate:<br>38<br>⦿ Shallow<br>○ Labored | 88<br>P | ⦿ Normal ⦿<br>○ Dilated ○<br>○ Constr ○<br>○ Sluggish ○<br>○ No Reac ○ | ⦿ Clear ○<br>○ Wet ○<br>○ Wheezing ○<br>○ Diminished ○<br>○ Absent ○ | ☐ Dry  ☐ Warm<br>☐ Cool ☑ Moist<br>☑ Hot  ☐ Pale<br>☐ Flushed ☐ Cyanotic | 95 %<br>○RA<br>○O2 | 98<br>GCS<br>10 |
| **1715** | CAO x<br>○ Alert<br>○ Voice<br>⦿ Pain<br>○ Unresp | Rate:<br>90<br>⦿ Regular<br>○ Irregular | Rate:<br>28<br>⦿ Regular<br>○ Shallow<br>○ Labored | 114<br>68 | ⦿ Normal ⦿<br>○ Dilated ○<br>○ Constr ○<br>○ Sluggish ○<br>○ No Reac ○ | ⦿ Clear ○<br>○ Wet ○<br>○ Wheezing ○<br>○ Diminished ○<br>○ Absent ○ | ☑ Dry  ☑ Warm<br>☐ Cool ☐ Moist<br>☐ Hot  ☐ Pale<br>☐ Flushed ☐ Cyanotic | 98 %<br>○RA<br>○O2 | BGL<br>N/A<br>GCS<br>13 |
| Time Position | CAO x<br>○ Alert<br>○ Voice<br>○ Pain<br>○ Unresp | Rate:<br>○ Regular<br>○ Irregular | Rate:<br>○ Regular<br>○ Shallow<br>○ Labored | | ○ Normal ○<br>○ Dilated ○<br>○ Constr ○<br>○ Sluggish ○<br>○ No Reac ○ | ○ Clear ○<br>○ Wet ○<br>○ Wheezing ○<br>○ Diminished ○<br>○ Absent ○ | ☐ Dry  ☐ Warm<br>☐ Cool ☐ Moist<br>☐ Hot  ☐ Pale<br>☐ Flushed ☐ Cyanotic | %<br>○RA<br>○O2 | BGL<br>GCS |

| Pain | ○0 ○1 ○2 ○3 ○4 ○5 ○6 ⦿7 ○8 ○9 ○10 | Oxygen Therapy | LPM ○ Cannula ○NRB ⦿BVM ○ |
|---|---|---|---|
| Temp | 100.2  F / C  Tympanic | | |

| IV Attempt | Time | Gauge | Location | Success | Fluid | Quantity | DC Time |
|---|---|---|---|---|---|---|---|
| 1) | 1711 | 20G | ○ L ⦿ R  ⦿ Hand ○ Arm ○ AC | ⦿YES○ NO | NS | 500ML | |
| 2) | | | ○ L ○ R  ○ Hand ○ Arm ○ AC | ○YES○ NO | | | |
| 3) | | | ○ L ○ R  ○ Hand ○ Arm ○ AC | ○YES○ NO | | | |

Allergies/ Med Hx: DEPRESSION, NKA

Medications:  UNKNOWN                    Advanced Treatment:

**Narrative:**

Arrived on scene to a 19 year old male patient complaining of dehydration and heat exhaustion. Upon arrival, patient was being moved from the rear cargo compartment of a vehicle to a shaded area by two officers. Patient was initially unresponsive to verbal or pain stimuli. After approximately 1 minute, patient did become responsive to pain stimuli. Patient was able to open his eyes although speech was mumbled and, he appeared dazed and confused. Patient was trapped in the rear cargo compartment of a vehicle for approximately 2 hours with one other subject. Patients last oral intake was the morning prior and consisted of a taco and lemon aid. Patient claimed prior history of depression and NKA. No further medical history or medications.

Vitals were taken and are as follows: PULSE- 129 weak, BP- 88 (PALPATED), RESP- 38 AND SHALLOW, SPO2- 95% ON RA, BGL- 98. SKIN HOT AND MOIST, EYES- PEARL.

I immediately placed ice packs behind patients neck, under each arm pit, and inside each upper thigh close to the groin. Following that, IV access was established using a 20g catheter to patients right upper hand. Saline lock was placed, followed by a 10ml flush. Patient was then given 500ml of NS. At this time ambulance was requested.

Vitals were then re-taken and are as follows: PULSE- 90 AND REGULAR, BP- 114/68, LUNG SOUNDS CLEAR BI-LATERALLY,

| Hospital Contacted:  N/A | OLMC Orders: | Dr./RN: |
|---|---|---|
| Patient care transferred to:  N/A | | Time of care:  Transferred / Terminated  1950 |
| Report By:  CODY BAILEY | Certification:  EMT-B | Signature  CODY L BAILEY |
| Sector Lead Medic Review: | EMP Coordinator Review: | M. D. Review (if needed): |
| Deficiency ○Y / ○N  Notes: | | 06/2017 |

Patient Refusal:  ○ Yes  ⦿ No

**Narrative Continuation**

| | |
|---|---|
| **Patient's Name:** JESUS UTRERA-ABENTANO | **Patient's D.O.B:** 1/28/2001 |

RESP- 28 AND REGULAR, SPO2- 98.

Allegiance ambulance arrived on scene at approximately 1718 hrs. Patient was taken to the ambulance via stretcher in the sitting position. Patient care was turned over to Paramedic Ignacio Hernandez at approximately 1720 hrs. Patient was transported to Kingsville, TX hospital at approximately 1744 hrs. Call ended at that time.

| **Report By:** | **Signature:** | **Date:** |
|---|---|---|
| CODY BAILEY | CODY L BAILEY | Oct 19, 2020 |

